UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DINIUS, | CASE NO.  08-CV-8272 AHM (MANx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM INSURANCE COMPANIES LONG TERM DISABILITY INSURANCE PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, Inclusive, | |
| Defendants. | |

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Date: February 9, 2010

UNITED STATES DISTRICT JUDGE

**JS-6**

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
CASE # 08-CV-8272 AHM (MANx)